| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | DONNA L. CALVERT |
| | Acting Regional Chief Counsel, Region IX, |
| 3 | Social Security Administration |
| 4 | ARMAND D. ROTH |
| | Special Assistant United States Attorney |
| 5 | California Bar No.  214624 |
| 6 | 333 Market Street, Suite 1500 |
| | San Francisco, California 94105 |
| 7 | Telephone:  (415) 977-8924 |
| | Facsimile:  (415) 744-0134 |
| 8 | E-Mail:Armand.Roth@ssa.gov |

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| BRYAN LESLIE WARN, | CIVIL NO. 11-cv-02045-KJN |
| Plaintiff, | |
| v. | |
| MICHAEL J. ASTRUE, | STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE HIS BRIEF |
| Commissioner of Social Security, | |
| Defendant. | |

////

////

////

////

////

////

////

////

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 31-day extension of time, up to April 26, 2012, to file his brief.  This is Defendant's first request.  This extension is requested because Defendant has a heavy workload and because his office is in the process of moving to a new location.

Respectfully submitted on March 15, 2012

/s/ Ann M. Cerney *
ANN M. CERNEY
Plaintiff's Attorney
* by Armand Roth by email authorization of 3/15/12

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

/s/ ARMAND D. ROTH
ARMAND D. ROTH)
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

The parties' stipulation (Dkt. No. 18) is HEREBY APPROVED.  The court's scheduling order shall be modified accordingly.

DATED: March 19, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE