BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8924
    Facsimile: (415) 744-0134
    E-Mail:Armand.Roth@ssa.gov

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| BRYAN LESLIE WARN, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br><br> Commissioner of Social Security, <br><br> Defendant. | CIVIL NO. 11-cv-02045-KJN <br><br><br> STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE HIS BRIEF |

////

////

////

////

////

////

////

////

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 31-day extension of time, up to April 26, 2012, to file his brief. This is Defendant's first request. This extension is requested because Defendant has a heavy workload and because his office is in the process of moving to a new location.

Respectfully submitted on March 15, 2012

/s/ Ann M. Cerney *
ANN M. CERNEY
Plaintiff's Attorney
* by Armand Roth by email authorization of 3/15/12

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

/s/ ARMAND D. ROTH
ARMAND D. ROTH)
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

The parties' stipulation (Dkt. No. 18) is HEREBY APPROVED. The court's scheduling order shall be modified accordingly.

DATED: March 19, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE